**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ronald Ceo, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2016-000188

———————

Appeal From Administrative Law Court
The Honorable Shirley C. Robinson, Administrative Law
Judge

———————

Memorandum Opinion No. 2016-MO-020
Submitted May 18, 2016 – Filed June 22, 2016

———————

**AFFIRMED**

———————

Ronald Ceo, of Turbeville, *Pro Se*, Appellant.

Christina Catoe Bigelow, of Columbia, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: *Shirley's Iron Works, Inc. v. City of Union,* 403 S.C. 560, 743 S.E.2d 778 (2013)(an unappealed ruling is the law of the case and requires affirmance); *Great Games, Inc. v. S.C. Dept. of Revenue*, 339 S.C. 79, 529 S.E.2d 6 (2000)(The Administrative Law Court has no authority to pass on the constitutionality of a statute.); *Al-Shabazz v. State*, 338 S.C. 354, 527 S.E.2d 742 (2000)(When an

inmate challenges the constitutionality of a statute, the Department of Corrections and the Administrative Law Court must follow the statute and leave the question of whether it is constitutional to the courts.).

**AFFIRMED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**